Leo M. MULLEN, Appellant,

v.

STATE BOARD OF REGISTRATION FOR THE HEALING ARTS, David Brydon, Frank Clark, C.C. Reynolds, and Robert Northcutt, Respondents.

No. WD 51186.

Missouri Court of Appeals,
Western District.

April 9, 1996.

Peter J. Koppe, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Amy Randles, Asst. Atty Gen., Jefferson City, for respondents.

Before SPINDEN, P.J., and BERREY and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Leo Mullen appeals the circuit court's dismissal of his case for failure to prosecute. He contends that the circuit court erred in dismissing his petition because justice prefers a trial of the matter on the merits rather than dismissal. We affirm. Discerning no jurisprudential value in publishing an opinion, we issue this summary order. Rule 84.16(b). We have issued a memorandum to the parties explaining our ruling.

■

Ernest Dean McKEAN, Appellant,

v.

Shirley Mae McKEAN, Respondent.

No. WD 50674.

Missouri Court of Appeals,
Western District.

April 9, 1996.

Michael B. Watkins, Chillicothe, for appellant.

Allan D. Seidel, Trenton, for respondent.

Before HANNA, P.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM:

Ernest Dean McKean appeals the order and judgment of the Harrison County Circuit Court dissolving his marriage with Shirley Mae McKean.

The judgment is affirmed. Rule 84.16(b).